## REED V. LOUISVILLE & NASHVILLE RAILROAD COMPANY.

(Decided Dec. 1, 1910.)

APPEAL from Walker Circuit Court.
Heard before Hon. JAMES J. RAY.
POWELL & POWELL, for appellant. TILLMAN, BRADLEY & MORROW, for appellee.
Per curiam.—Affirmed on certificate.

---

## TILLERY V. SMITH.

(Decided Nov. 22, 1910.)

APPEAL from Lee Law and Equity Court.
Heard before Hon. ALBERT E. BARNETT.
No counsel marked for either party.
Per curiam.—Dismissed by appellant.

---

## WOODGETTE V. TOWN OF BRUNDIDGE.

(Decided Nov. 24, 1910.)

APPEAL from Pike Circuit Court.
Heard before Hon. H. A. PEARCE.
D. A. BAKER, for appellant. A. G. SEAY, for appellee.
Per curiam.—Dismissed by agreement.